UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CINDY HURST,<br><br>            Plaintiff,<br><br>      - vs -<br><br>IHC HEALTH SERVICES, INC., a Utah General Non-Profit Corporation, d/b/a CASSIA REGIONAL MEDICAL CENTER; INTERMOUNTAIN HEALTHCARE, INC., a Utah General Non-Profit Corporation,<br><br>            Defendant. | Case No. 4:10-cv-00387-BLW<br><br>**ORDER** |

Based upon the Stipulation and Joint Motion for Dismissal with Prejudice (Dkt. 64) submitted by Plaintiff Cindy Hurst and Defendants IHC Health Services, Inc. d/b/a Cassia Regional Medical Center and Intermountain Healthcare, Inc., and good cause appearing therefore,

**ORDER**

**IT IS ORDERED:**

1. The Stipulated Motion for Dismissal with Prejudice (Dkt. 64) is **GRANTED**. All claims and causes of action of Plaintiff against Defendants are hereby DISMISSED WITH PREJUDICE and on the merits, each party to bear their own costs, expenses, and attorney fees.

**ORDER - 1**

2.      The Court will enter a separate judgment in accordance with Rule 58.

DATED:  **September 12, 2012**

*[signature]*

B. LYNN WINMILL
Chief U.S. District Court Judge

**ORDER - 2**