UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CINDY HURST,<br><br>            Plaintiff,<br><br>     - vs -<br><br>IHC HEALTH SERVICES, INC., a Utah General Non-Profit Corporation, d/b/a CASSIA REGIONAL MEDICAL CENTER; INTERMOUNTAIN HEALTHCARE, INC., a Utah General Non-Profit Corporation,<br><br>            Defendant. | Case No. 4:10-cv-00387-BLW<br><br>**JUDGMENT** |

In accordance with the Order entered concurrently herewith,

**IT IS ORDERED, ADJUDGE AND DECREED** that judgment be entered and that this case be dismissed in its entirety.

DATED:  September 12, 2012

_____
B. LYNN WINMILL
Chief U.S. District Court Judge

JUDGMENT - 1